No. 690. STATE BANK & TRUST CO. v. LEE, TRUSTEE. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Louis S. Posner* for petitioner. *Mr. David Haar* for respondent. See also 38 F. (2d) 45.

No. 738. McCARTHY v. U. S. SHIPPING BOARD MERCHANT FLEET CORP. March 21, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Miss Margaret M. McCarthy, pro se.* No appearance for respondent.

No. 782. TAYLOR ET AL. v. LOUISIANA. March 21, 1932. Petition for writ of certiorari to the Supreme Court of Louisiana, and motion for leave to proceed further *in forma pauperis;* denied. *Mr. Moses C. Scharff* for petitioners. No appearance for respondent.

No. 783. MICHIGAN EX REL. PALM v. JACKSON, WARDEN. March 21, 1932. Petition for writ of certiorari to the Circuit Court of Jackson County, Michigan, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. A. Stanley Copeland* for petitioner. No appearance for respondent.

No. 642. MILLS NOVELTY CO. v. UNITED STATES. March 21, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Weymouth Kirkland* and *Willis D. Nance* for petitioner. *Solicitor General Thacher, As-*